PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: THOMAS YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-07-0266 FCD |
| Plaintiff, ) | Order For Return of Defendant's Personal Property |
| vs. ) | |
| THOMAS YANG, ) | |
| Defendant. ) | |

The above-captioned matter having been dismissed by this Court on January 10, 2011 and bail having been exonerated (*See* January 10, 2011 Order Dismissing Charges Against All Defendants, Docket Entry # 688), the personal property of defendant THOMAS YANG, including: fire arms and his U.S. Passport, is to be returned to the defendant forthwith.

Dated: March 23, 2011

                      Respectfully submitted,

                      /s/ Peter Kmeto
                      PETER KMETO
                      Attorney for Defendant
                      THOMAS YANG

/// ///

/// ///

**ORDER**

**IT IS SO ORDERED.**

Dated: March 22, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE